UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TROY CORTEZ DEMBY,

    Plaintiff

v.

HIGH DESERT STATE PRISON, *et al.*,

    Defendants

Case No. 2:22-cv-00650-JAD-VCF

**ORDER**

**I.  DISCUSSION**

Pro se Plaintiff Troy Demby began this action with a document that does not comply with Local Special Rule 2-1's requirements for civil complaints, and he failed to either file a fully complete application to proceed *in forma pauperis* ("IFP") or pay the full $402 filing fee for a civil action. (ECF Nos. 1, 1-1). So on May 2, 2022, the Court directed Demby to file a complaint in compliance with LSR 2-1 and either pay the full filing fee or properly apply to proceed IFP by July 2, 2022. (ECF No. 3). Demby responded by filing a complaint on the Court's approved form and an application to proceed IFP. But the IFP application is incomplete: <u>Demby did not file page 3 of the form application, which includes two places for the inmate's signature</u>. (*See* ECF No. 4).

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, to apply for IFP status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

As explained above, Demby's IFP application is deficient because he did not file page 3 of the form application, which includes two places for his signature. The Court will therefore deny Demby's IFP application, but it will grant Demby a **one-time extension** to file a fully complete IFP application containing all three of the required documents **by August 13, 2022**. If Demby does not timely file a fully complete IFP application, this case will be subject to dismissal without prejudice for Demby to file a new case with the Court when he can comply with this requirement or pay the filing fee. The Court will retain Demby's civil-rights complaint (ECF No. 4-1), but will not file the complaint unless and until Demby timely files a fully complete IFP application or pays the filing fee.

## II.  CONCLUSION

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (ECF No. 4) is denied without prejudice to file a new fully complete application with all three documents **by August 13, 2022**.

Further, the Clerk of the Court is directed to:

- Send Demby a courtesy copy of his original application to proceed *in forma pauperis* (ECF No. 4), the approved form application to proceed *in forma pauperis* by an inmate, and the document entitled information and instructions for filing an *in forma pauperis* application; and
- Retain the complaint (ECF No. 4-1) but not file it currently.

DATED:  7-13-2022

_____
UNITED STATES MAGISTRATE JUDGE