UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY CORTEZ DEMBY,<br><br>                Plaintiff<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>                Defendants | Case No. 2:22-cv-00650-JAD-VCF<br><br>**ORDER** |

On July 13, 2022, the Court denied pro se Plaintiff Troy Demby's application to proceed *in forma pauperis* ("IFP") because it was incomplete: <u>Demby did not file page 3 of the form application, which includes two places for the inmate's signature</u>. (ECF No. 5). The Court gave Demby until August 13, 2022, to either pay the full $402 filing fee or properly apply to proceed IFP. (*Id.*). That deadline passed and Demby did not pay the filing fee, apply to proceed IFP, or seek an extension of time. The Court has determined to grant Demby a **final extension** of time to comply with its July 13, 2022, order.

IT IS THEREFORE ORDERED that Plaintiff Demby has **until September 22, 2022**, to either file a complete application to proceed IFP or pay the full $402 filing fee. This action will be subject to dismissal without prejudice if Demby fails to timely comply.

The Clerk of the Court is directed to:

- Send Demby a courtesy copy of his original application to proceed *in forma pauperis* (ECF No. 4), the approved form application to proceed *in forma pauperis* by an inmate, and the document entitled information and instructions for filing an *in forma pauperis* application; and

- Retain the complaint (ECF No. 4-1) but not file it currently.

DATED:   8-22-2022

_____
UNITED STATES MAGISTRATE JUDGE